# UNITED STATES DISTRICT COURT

Southern District of Illinois

| UNITED STATES OF AMERICA | Judgment in a Criminal Case |
| v. | (For **Revocation** of Probation or Supervised Release) |
| Robert James Davis | |

Case No.  4:12CR40100-001-JPG

USM No.  15737-074

Judith A. Kuenneke, AFPD
_____
Defendant's Attorney

**FILED NOV 27 2012**

**THE DEFENDANT:**

☑ admitted guilt to violation of condition(s)  **as alleged below**  of the term of supervision.

☐ was found in violation of condition(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| Statutory | The defendant committed the offense of Unlawful Delivery of Cannabis, Cocaine & a Look-a-like Substance | 07/09/2012 |
| Standard # 2 | Defendant submitted an incomplete written report | 05/30/2012 |
| Standard # 9 | Defendant associated with a felon without permission | 07/15/2012 |

The defendant is sentenced as provided in pages 2 through **3** of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No.:  5845

Defendant's Year of Birth:  1970

City and State of Defendant's Residence:
Carbondale, IL 62901

11/20/2012
_____
Date of Imposition of Judgment

_____
Signature of Judge

J. Phil Gilbert                    District Judge
_____
Name and Title of Judge

November 27, 2012
_____
Date

Judgment—Page __2__ of __3__

DEFENDANT: Robert James Davis
CASE NUMBER: 4:12CR40100-001-JPG

## ADDITIONAL VIOLATIONS

| Violation Number | Nature of Violation | Violation Concluded |
|---|---|---|
| Standard # 11 | Defendant failed to notify probation within 72 hours of being arrested/or being questioned by police. | 05/20/2012 |

AO 245D    Case 4:12-cr-40100-JPG    Document 16    Filed 11/27/12    Page 3 of 3    Page ID #19
(Rev. 09/11) Judgment in a Criminal Case for Revocations
Sheet 2— Imprisonment

Judgment — Page 3 of 3

DEFENDANT: Robert James Davis
CASE NUMBER: 4:12CR40100-001-JPG

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of:

60 months

☐ The court makes the following recommendations to the Bureau of Prisons:

☑ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:
    ☐ at _____ ☐ a.m. ☐ p.m. on _____ .
    ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
    ☐ before 2 p.m. on _____ .
    ☐ as notified by the United States Marshal.
    ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL